UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO ORTIZ REYES<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br>Respondents. | Case No.: 25-CV-2938 JLS (VET)<br>**ORDER DISMISSING CASE**<br>(ECF No. 7) |

On November 13, 2025, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 7), and Petitioner was released from custody (ECF No. 8). Petitioner's attorney requested attorney's fees under the Equal Access to Justice Act. *See* ECF No. 1 at 9. In the Court's Order, Petitioner's attorney was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records." Order at 12. Thirty days from the date of the Order have come and gone, and Petitioner's attorney has not submitted an attorney fee application. *See generally* Docket.

/ / /

/ / /

/ / /

/ / /

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**. As this concludes the litigation in the matter, the Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: December 23, 2025

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge